AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Dianne Buehler ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10281 |
| JetBlue Airways Corp. and American Airlines Group ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dianne Buehler                                                                                          .

Date:   02/06/2023                                            /s/ Kathleen M. Donovan-Maher
                                                                              *Attorney's signature*

                                                                Kathleen M. Donovan-Maher
                                                                *Printed name and bar number*

                                                                BERMAN TABACCO
                                                                One Liberty Square
                                                                Boston, Massachusetts 02109

                                                                *Address*

                                                                kdonovanmaher@bermantabacco.com
                                                                *E-mail address*

                                                                (617) 542-8300
                                                                *Telephone number*

                                                                (617) 542-1194
                                                                *FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF). By agreement of the parties, no paper copies will be sent to non-registered participants.

Dated: February 6, 2023         */s/ Kathleen M. Donovan-Maher*
                                Kathleen M. Donovan-Maher