UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of herself and all others similarly situated,<br>　　　*Plaintiff*,<br>　　v.<br><br>AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION,<br><br>　　　*Defendants*. | Civil Action No.: 1:23-cv-10281 |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel of record on behalf of Defendant, JetBlue Airways Corporation in connection with the above-captioned matter.

Dated:  March 14, 2023                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Glenn A. MacKinlay*
　　　　　　　　　　　　　　　　　　　　　　　Glenn A. MacKinlay
　　　　　　　　　　　　　　　　　　　　　　　BBO #561708
　　　　　　　　　　　　　　　　　　　　　　　McCarter & English, LLP
　　　　　　　　　　　　　　　　　　　　　　　265 Franklin Street
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　　　　Tel: 617-449-6548
　　　　　　　　　　　　　　　　　　　　　　　gmackinlay@mccarter.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for JetBlue Airways Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that this document and its attachments will be served on any unregistered participants by U.S. Mail.

*/s/ Glenn A. MacKinlay*
Glenn A. MacKinlay
