UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of herself and all others similarly situated,<br>   *Plaintiff*,<br> v.<br><br>AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION,<br><br>   *Defendants*. | Civil Action No.: 1:23-cv-10281 |

### UNOPPOSED MOTION FOR JESSICA K. DELBAUM, RICHARD SCHWED, MATTHEW CRANER, AND BRIAN HAUSER TO APPEAR *PRO HAC VICE*

  Pursuant to Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Defendant JetBlue Airways Corporation, respectfully moves that Jessica K. Delbaum, Richard Schwed, and Matthew Craner, of the firm Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York, 10022-6069, and Brian Hauser, of the firm Shearman & Sterling LLP, 401 9th Street, N.W., Suite 800, Washington, DC, 20004, be admitted *pro hac vice* to act as counsel for JetBlue Airways Corporation in this case.

  Ms. Delbaum, Mr. Schwed, Mr. Craner, and Mr. Hauser have executed certificates in accordance with Local Rule 85.5.3, which are submitted herewith.

  The undersigned is a member in good standing of this Court and will continue to act as counsel in the representation of JetBlue Airways Corporation in this action.

Dated:  March 14, 2023									Respectfully submitted,

									*/s/ Glenn A. MacKinlay*
									Glenn A. MacKinlay
									BBO #561708
									McCarter & English, LLP
									265 Franklin Street
									Boston, MA 02210
									Tel: 617-449-6548
									gmackinlay@mccarter.com

									*Attorney for JetBlue Airways Corporation*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion. The other parties to this matter do not oppose the relief requested herein.

*/s/ Glenn A. MacKinlay*
Glenn A. MacKinlay

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that this document and its attachments will be served on any unregistered participants by U.S. Mail.

*/s/ Glenn A. MacKinlay*
Glenn A. MacKinlay