**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of herself and all others similarly situated,<br>　　　*Plaintiff*,<br>　　v.<br><br>AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION,<br><br>　　　*Defendants*. | Civil Action No.: 1:23-cv-10281 |

**CERTIFICATION OF RICHARD SCHWED IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Richard Schwed, certify that I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

- State of New York
- U.S. Court of Appeals for the District of Columbia Circuit
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

-2-

    4.       I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

    5.       I certify that the foregoing is true and correct.

Dated:  March 14, 2023

*/s/ Richard Schwed*
Richard Schwed
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
Tel: 212-848-5445
Fax: 212-848-7179
RSchwed@shearman.com