UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of herself and all others similarly situated,<br>      *Plaintiff*,<br>v.<br><br>AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION,<br><br>      *Defendants*. | Civil Action No.: 1:23-cv-10281 |

## CERTIFICATION OF JESSICA K. DELBAUM IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jessica K. Delbaum, certify that I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

- State of New York
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. Supreme Court

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

-2-

| | |
|---|---|
| Dated: March 14, 2023 | */s/ Jessica K. Delbaum*<br>Jessica K. Delbaum<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>Tel: 212-848-4815<br>Fax: 212-848-7179<br>jessica.delbaum@shearman.com |