UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of herself and all others similarly situated,<br>　　　　*Plaintiff*,<br>　　v.<br>AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION,<br>　　　　*Defendants*. | Civil Action No.: 1:23-cv-10281 |

### CERTIFICATION OF BRIAN C. HAUSER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Brian C. Hauser, certify that I am a member of the Bar of the District of Columbia and am admitted to practice in the following courts:

- State of Illinois
- District of Columbia
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Sixth Circuit

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

-2-

| | |
|---|---|
| Dated: March 14, 2023 | */s/ Brian C. Hauser*<br>Brian C. Hauser<br>Shearman & Sterling LLP<br>401 9th Street, N.W., Suite 800<br>Washington, DC 20004<br>Tel: 202-508-8005<br>Fax: 202-508-8100<br>Brian.hauser@shearman.com |