UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANNE BUEHLER, individually and on behalf of herself and all others similarly situated,
    *Plaintiff*,
  v.

AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION,

    *Defendants*.

Civil Action No.: 1:23-cv-10281

### CERTIFICATION OF MATTHEW L. CRANER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Matthew L. Craner, certify that I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

- State of New York
- U.S. Court of Appeals for the Sixth Circuit
- U.S. District Court for the Northern District of New York
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Eastern District of Michigan

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

Dated: March 14, 2023

/s/ *Matthew L. Craner*
Matthew L. Craner
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
Tel: 212-848-5255
Fax: 212-848-7179
matthew.craner@shearman.com