# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and AMERICAN AIRLINES GROUP INC.,<br><br>Defendants. | Civil Action No.: 1:23-cv-10281-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of David C. Tolley, of Latham & Watkins LLP, 200 Clarendon Street, Boston, Massachusetts 02116 as an attorney representing Defendant American Airlines Group Inc. in the above-captioned action.

Dated: March 15, 2023

Respectfully submitted,

/s/ David C. Tolley
David C. Tolley (BBO# 676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorney for Defendant*
*American Airlines Group Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                                /s/ David C. Tolley
                                                David C. Tolley