# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>JETBLUE AIRWAYS CORPORATION and AMERICAN AIRLINES GROUP INC.,<br><br>        Defendants. | Civil Action No.: 1:23-cv-10281-LTS |

## AMERICAN AIRLINES GROUP INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant American Airlines Group Inc. hereby discloses that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: March 15, 2023

Respectfully submitted,

/s/ David C. Tolley
David C. Tolley (BBO# 676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorney for Defendant*
*American Airlines Group Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                              /s/ David C. Tolley
                                              David C. Tolley