UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of herself and all others similarly situated,<br><br>    *Plaintiff*,<br>v.<br><br>AMERICAN AIRLINES GROUP, INC. and JETBLUE AIRWAYS CORPORATION,<br><br>    *Defendants*. | Civil Action No.: 1:23-cv-10281 |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT JETBLUE AIRWAYS CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") hereby certifies that it is a publicly held corporation and that no publicly held corporation owns 10% or more of JetBlue's stock.

DATED: March 15, 2023

/s/ Glenn A. MacKinlay
Glenn A. MacKinlay
BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02210
Tel. 617-449-6548
gmackinlay@mccarter.com

Richard F. Schwed (*Pro Hac Vice*)
Matthew L. Craner (*Pro Hac Vice*)
Jessica Delbaum (*Pro Hac Vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069
Tel: 212-848-4000
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com

Brian Hauser (*Pro Hac Vice*)
Shearman & Sterling LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: 202-508-8005
brian.hauser@shearman.com

*Attorneys for Defendant JetBlue Airways Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that this document and its attachments will be served on any unregistered participants by U.S. Mail.

*/s/ Glenn A. MacKinlay*
Glenn A. MacKinlay
