## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

DIANNE BUEHLER, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

JETBLUE AIRWAYS CORPORATION
and AMERICAN AIRLINES GROUP
INC.,

        Defendants.

Civil Action No.: 1:23-cv-10281-LTS

### ASSENTED-TO MOTION FOR
### MARGUERITE M. SULLIVAN, ALLYSON M. MALTAS, AND SEUNG WAN PAIK
### TO APPEAR *PRO HAC VICE*

The undersigned, counsel for Defendant American Airlines Group Inc. ("American") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Marguerite M. Sullivan, Allyson M. Maltas, and Seung Wan Paik, attorneys practicing at Latham & Watkins LLP, be permitted to appear as counsel for American and practice in this Court *pro hac vice*. The certifications of Attorneys Sullivan, Maltas, and Paik are filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: March 15, 2023

Respectfully submitted,

/s/ David C. Tolley
David C. Tolley (BBO# 676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorney for Defendant*
*American Airlines Group Inc.*

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that Defendant American Airlines Group Inc. has conferred with counsel for Plaintiff and Defendant JetBlue Airways Corporation in a good faith effort to resolve or narrow the issues raised in this motion, and all counsel assent to this motion.

<u>/s/ David C. Tolley</u>
David C. Tolley

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

<u>/s/ David C. Tolley</u>
David C. Tolley