UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and AMERICAN AIRLINES GROUP INC.,<br><br>      Defendants. | Civil Action No.: 1:23-cv-10281-LTS |

**CERTIFICATION OF MARGUERITE M. SULLIVAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Marguerite M. Sullivan, hereby state as follows:

1. I am a partner at Latham & Watkins LLP, located at 555 Eleventh Street NW, Suite 1000, Washington, D.C. 20004-1304.

2. I have been retained to represent Defendant American Airlines Group Inc. in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the District of Columbia and the Commonwealth of Virginia, and before the United States District Courts for the District of Columbia, Central District and Northern District of Illinois, Eastern District of Michigan, and Eastern District of Virginia, and the United States Courts of Appeals for the Second, Third, Sixth, Seventh, Ninth, Eleventh, and Federal Circuits.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 15, 2023                        /s/ Marguerite M. Sullivan
                                                  Marguerite M. Sullivan