# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and AMERICAN AIRLINES GROUP INC.,<br><br>     Defendants. | Civil Action No.: 1:23-cv-10281-LTS |

## <u>CERTIFICATION OF ALLYSON M. MALTAS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*</u>

I, Allyson M. Maltas, hereby state as follows:

1.      I am counsel at Latham & Watkins LLP, located at 555 Eleventh Street NW, Suite 1000, Washington, D.C. 20004-1304.

2.      I have been retained to represent Defendant American Airlines Group Inc. in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3.      I am admitted to practice in the State of Maryland and the District of Columbia, and before the United States District Courts for the Eastern District of Michigan and District of Columbia.

4.      I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2023                    /s/ Allyson M. Maltas
                                              Allyson M. Maltas