UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and AMERICAN AIRLINES GROUP INC.,<br><br>  Defendants. | Civil Action No.: 1:23-cv-10281-LTS |

**CERTIFICATION OF SEUNG WAN PAIK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Seung Wan Paik, hereby state as follows:

1. I am an associate at Latham & Watkins LLP, located at 555 Eleventh Street NW, Suite 1000, Washington, D.C. 20004-1304.

2. I have been retained to represent Defendant American Airlines Group Inc. in the above-captioned matter, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the District of Columbia, and before the United States Court of Appeals for the Federal Circuit.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2023              /s/ Seung Wan Paik
                                                               Seung Wan Paik