AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Dianne Buehler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10281 |
| American Airlines Group, Inc. and JetBlue Airways | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation                                                                 .

Date: 03/15/2023

/s/ Matthew Craner
*Attorney's signature*

Matthew Craner (NY #2912962)
*Printed name and bar number*

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
*Address*

matthew.craner@shearman.com
*E-mail address*

(212) 848-5255
*Telephone number*

(212) 848-7179
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 15, 2023.

                                                */s/ Matthew Craner*
                                                Matthew Craner