UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and AMERICAN AIRLINES GROUP INC.,<br><br>Defendants. | Civil Action No.: 1:23-cv-10281-LTS |

**MOTION TO DISMISS OR TRANSFER**
**UNDER THE FIRST-TO-FILE RULE OR 28 U.S.C. § 1404(A)**

Defendants American Airlines Group Inc. ("American") and JetBlue Airways Corporation ("JetBlue"), by and through their counsel, hereby jointly move to dismiss the above-captioned matter or transfer it to the United States District Court for the Eastern District of New York pursuant to the first-to-file rule or 28 U.S.C. § 1404(a).

This action is one of four putative class action complaints filed by purported customers against American and JetBlue that allege that the Northeast Alliance violates the Sherman Act and seek treble damages from Defendants. The first two complaints were filed in the Eastern District of New York in December 2022 and were consolidated by Judge Donnelly in January 2023. Another complaint was filed in the Eastern District of New York in February 2023, and it is expected to be consolidated with the consolidated action by all parties to the three related complaints in the Eastern District of New York. Nearly two months after the first two complaints were filed in the Eastern District of New York, Plaintiff Dianne Buehler filed this action. In her complaint, Plaintiff makes substantially the same claims against the same parties on behalf of

substantially the same putative class of direct purchasers as the three complaints filed in the Eastern District of New York.

Under the first-to-file rule, this case should be dismissed in deference to the consolidated case in the Eastern District of New York or, at a minimum, transferred to the Eastern District of New York so that it can be consolidated with the pending actions there.  Alternatively, Defendants move to transfer this action to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a) because the interests of justice and convenience overwhelmingly favor transfer.

WHEREFORE, for the reasons stated in the accompanying memorandum of law, Defendants respectfully request that the Court dismiss or transfer this case to the Eastern District of New York under the first-to-file rule or, in the alternative, transfer it under 28 U.S.C. § 1404(a).

Dated: March 16, 2023                                        Respectfully submitted,

/s/ Marguerite M. Sullivan
Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
Seung Wan Paik (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com
allyson.maltas@lw.com
andrew.paik@lw.com

David C. Tolley (BBO# 676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant*
*American Airlines Group Inc.*

/s/ Richard Schwed
Richard Schwed (*pro hac vice*)
Matthew L. Craner (*pro hac vice*)
Jessica K. Delbaum (*pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com

Brian Hauser (*pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that Defendants have conferred with counsel for Plaintiff in a good faith effort to resolve or narrow the issues raised in this motion, and Plaintiff opposes this motion.

/s/ Marguerite M. Sullivan
Marguerite M. Sullivan

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                              /s/ Marguerite M. Sullivan
                                              Marguerite M. Sullivan