# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and AMERICAN AIRLINES GROUP INC.,<br><br>Defendants. | Civil Action No.: 1:23-cv-10281-LTS<br><br>**LEAVE TO FILE GRANTED ON 04/07/2023** |

## DECLARATION OF MARGUERITE SULLIVAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS OR TRANSFER UNDER THE FIRST-TO-FILE RULE OR 28 U.S.C. § 1404(A)

I, Marguerite M. Sullivan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at Latham & Watkins LLP, and counsel of record for American Airlines Group Inc. in this case. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

2. On March 1, 2023, in response to communications from Defendants' counsel regarding whether Defendants would agree to waive service of process in this case, Plaintiff's counsel sent a letter addressed to Defendants' counsel stating that "[i]t remains our belief that this matter belongs in the District of Massachusetts" and that "plaintiff [would] agree to a stay of proceedings pending the Court's decision on that motion." A true and correct copy of Plaintiff's counsel's March 1, 2023, letter is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2023 in Washington, D.C.

/s/ Marguerite M. Sullivan
Marguerite M. Sullivan

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                                  <u>/s/ Marguerite M. Sullivan</u>
                                                  Marguerite M. Sullivan