## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE BUEHLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and AMERICAN AIRLINES GROUP INC.,<br><br>Defendants. | Civil Action No.: 1:23-cv-10281-LTS |

### JOINT STIPULATION AND [PROPOSED] ORDER STAYING DEFENDANTS' DEADLINE TO RESPOND

WHEREAS, on February 2, 2023, Plaintiff filed this proposed federal antitrust class action, ECF No. 1;

WHEREAS, Plaintiff requested Defendants waive service on February 7, 2023;

WHEREAS, Plaintiff and Defendants met and conferred and Defendants agreed to accept service of process in exchange for Plaintiff agreeing to seek a stay of proceedings pending the Court's review and decision on Defendants' Motion to Dismiss or Transfer Under the First-to-File Rule or 28 U.S.C. § 1404(a) ("Motion to Dismiss or Transfer");

WHEREAS, pursuant to the parties' agreement, Defendants waived service of process on March 9, 2023, ECF Nos. 8, 9, and therefore, Defendants' deadline to answer or respond to Plaintiff's Complaint, pursuant to Federal Rule of Civil Procedure 12(a)(ii), is April 10, 2023;

WHEREAS, Defendants filed their Motion to Dismiss or Transfer on March 16, 2023, ECF Nos. 22, 23;

WHEREAS, Plaintiff filed her Opposition on March 30, 2023, ECF No. 24;

WHEREAS, Defendants filed a Reply Memorandum in Support of Defendants' Motion to Dismiss or Transfer on April 7, 2023, ECF No. 28.  Defendants have not requested oral argument for the Motion to Dismiss or Transfer;

WHEREAS, the Court's ruling on the Motion to Dismiss or Transfer will be determinative of whether any response to Plaintiff's Complaint will need to be filed before this Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT,** by the parties, through counsel, as follows:

1. The deadline for Defendants to file any motions pursuant to Federal Rule of Civil Procedure 12(b) or otherwise answer Plaintiff's Complaint is stayed in light of Defendants' Motion to Dismiss or Transfer.

2. Once the Court has ruled on Defendants' Motion to Dismiss or Transfer, should the case remain in the District of Massachusetts, Plaintiff and Defendants will confer within seven (7) days on a schedule for filing a response and file a proposed schedule with the Court.

3. Defendants expressly preserve, and do not waive, any defenses with the exception of proper service.

**SO STIPULATED**

Dated: April 7, 2023                                        Respectfully submitted,

/s/ Marguerite M. Sullivan
Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
Seung Wan Paik (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

marguerite.sullivan@lw.com
allyson.maltas@lw.com
andrew.paik@lw.com

David C. Tolley (BBO# 676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorneys for Defendant*
*American Airlines Group Inc.*

/s/ Richard Schwed
Richard Schwed (*pro hac vice*)
Matthew L. Craner (*pro hac vice*)
Jessica K. Delbaum (*pro hac vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5445
rschwed@shearman.com
matthew.craner@shearman.com
jessica.delbaum@shearman.com

Brian Hauser (*pro hac vice*)
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 508-8005
brian.hauser@shearman.com

Glenn A. MacKinlay, BBO #561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6548
gmackinlay@mccarter.com

*Attorneys for Defendant*
*JetBlue Airways Corporation*

/s/ Steven L. Groopman
Kathleen M. Donovan-Maher (BBO #558947)
Steven L. Groopman (BBO #568933)
Kristie A. LaSalle (BBO #692891)
Christina L. Gregg (BBO #709220)
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
kdonovanmaher@bermantabacco.com
sgroopman@bermantabacco.com
klasalle@bermantabacco.com
cgregg@bermantabacco.com

Todd A. Seaver (BBO# 645874)
Matthew D. Pearson (*pro hac vice forthcoming*)
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
tseaver@bermantabacco.com
mpearson@bermantabacco.com

*Counsel for Plaintiff and the Proposed Class*

**SO ORDERED:**

Dated: April __, 2023

_____
Leo T. Sorokin
United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Marguerite M. Sullivan
Marguerite M. Sullivan
